IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. <br><br> Plaintiff, <br><br> v. <br><br> APOTEX CORP. and APOTEX INC., <br><br> Defendants. | **Civil Action No. 1:13-cv-8240** <br><br> **Judge Milton I. Shadur** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Millennium Pharmaceuticals, Inc. hereby voluntarily dismisses its complaint in this action against Defendants Apotex Corp. and Apotex Inc. without prejudice. Defendants have not served an answer or a motion for summary judgment. This dismissal is entered in view of Apotex Inc.'s indication that it will not contest personal jurisdiction or venue in case no. 1:13-cv-1874 currently pending in the District of Delaware.

Respectfully submitted,

Date: December 11, 2013       By:   /s/ Kirsten L. Thomson
                                    Kirsten L. Thomson (ID No. 6293943)
                                    (thomson@mbhb.com)
                                    Daniel A. Boehnen (ID No. 0242519)
                                    (boehnen@mbhb.com)
                                    **McDonnell Boehnen Hulbert & Berghoff LLP**
                                    300 South Wacker Drive
                                    Chicago, Illinois 60606
                                    Tel.: (312) 913-0001
                                    Fax: (312) 913-0002

- 2 -

*Of Counsel:*

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Robert M. Galvin
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

*Attorneys for Plaintiff*
**Millennium Pharmaceuticals, Inc.**